UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO: 93-187-CR-GOLD

               Plaintiff,

VS.

WOLFGANG VON SCHLIEFFEN,

               Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

       This matter is before this Court *sua sponte*.  A review of the docket sheet in this cause reveals that the undersigned issued an order [DE 370] denying the United States' motion for reconsideration of the Interlocutory Order Granting Attorney's Fees and Costs Pursuant to the Hyde Amendment, Title 18 U.S.C. §3006A, and referring the matter, unless an interlocutory appeal is filed, to the Magistrate Judge on the issue of attorney fees and costs.

       On June 10, 2008 and September 3, 2008, Magistrate Judge William C. Turnoff, held a hearing on this matter.  On December 3, 2008, Magistrate Judge Turnoff issued his Report and Recommendation.  The parties were permitted to serve and file written objections within ten days of receipt of the Report and Recommendation.

       Further review of the docket sheet reveals that no objections have been filed to the Report and Recommendation.  Accordingly, it is hereby

       **ORDERED AND ADJUDGED** that Magistrate Judge William C. Turnoff's Report and Recommendation [DE 397] is hereby affirmed and adopted in its entirety.

       **DONE AND ORDERED** at Miami, Florida, this _____5th_____ day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

U.S.A. VS. VON SCHLIEFFEN, CASE NO. 93-187 CR GOLD

cc:    U.S. Magistrate Judge Turnoff

      AUSA Lois Foster-Steers

      AUSA Laura Thomas Rivero

      F. Clinton Broden, Esquire
      Franklyn M. Mickelsen, Esquire
      Broden & Mickelsen
      2707 Hibernia Street
      Dallas, Texas 75204
      Fax: 214.720.9594

      Howard J. Schumacher, Esquire
      One East Broward Blvd.
      Suite 700
      Ft. Lauderdale, Florida 33301
      Fax: 954.356.0480